UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLOS MALDONADO,

            Petitioner,

   v.

DREW BOSTOCK, et al.,

            Respondent.

CASE NO. 2:23-cv-00760-LK-BAT

**ORDER FOR RETURN AND STATUS REPORT**

Petitioner has filed a habeas corpus petition under 28 U.S.C. § 2241. Having reviewed the petition, the Court **ORDERS**:

(1) If not previously accomplished, electronic posting of this Order and petitioner's § 2241 habeas petition shall effect service upon the United States Attorney of the petition and all supporting documents. Service upon the United States Attorney is deemed to be service upon Drew Bostock, Field Office Director, Bruce Scott, Warden of Northwest Detention Center, and Merrick Garland, United States Attorney General. .

(2) On or before **June 28, 2023**, respondent(s) shall file a return and status report ("RSR") as provided in 28 U.S.C. § 2243, explaining why the Court should not grant petitioner's petition. As a part of such return, respondent(s) shall submit a memorandum of authorities in

support of their position and state whether an evidentiary hearing is necessary.  Additionally, given petitioner's allegation that his detention is unlawful.

(3)    In accordance with LCR 7(d), respondent(s) shall note their return for consideration on **July 21, 2023**.  Petitioner may file and serve a response on or before **July 17, 2023**, and respondent(s) may file and serve a reply on or before the noting date.

(4)    If petitioner's custody status changes at any point during this litigation, **respondent(s) shall file a status update with the Court as soon as possible and no later than 14 days after the change**.

(5)    The Clerk shall send a copy of this Order to petitioner, counsel and the assigned District Judge.

DATED this 26th day of May, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER FOR RETURN AND STATUS REPORT - 2