UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS MALDONADO,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>DREW BOSTOCK, et al.,<br><br>　　　　　　　Respondent. | CASE NO. 2:23-cv-00760-LK-BAT<br><br>**ORDER GRANTING WITHDRAWAL OF MOTION FOR CONSENT JUDGMENT AND SETTING BRIEFING SCHEDULE** |

Before the Court, un a referral basis, is a stipulated motion to withdraw the request that the Court enter a consent judgment and instead set a briefing schedule. Dkt. 18. The parties indicate they attempted to resolve the matter and have now reached the point where they believe the Court should set a briefing schedule for submission of cross-summary judgment motions.

The Court has considered the parties' motion and record and ORDERS:

1.　The stipulated motion, Dkt. 18, to Withdraw the Joint Motion for Entry of Consent Judgment is GRANTED. The clerk shall STRIKE the motion for Entry of Consent Judgment, Dkt. 16.

2.　Because the parties indicate they have not been able to reach an agreed disposition of the case, the Court directs the clerk to STRIKE the Stipulated Motion to Dismiss the case. Dkt. 14.

3. The Court GRANTS the parties' request to set a briefing schedule for cross-motions on summary judgment. Opening Briefs are due by **August 29,2023**; Response Briefs are due by **September 12, 2023**; and Reply Briefs are due by **September 19, 2023.**

4. If the parties wish to consent to the undersigned United States Magistrate Judge, each party should advise Deputy Clerk Andy Quach at Andy_Quach@wawd.uscourts.gov no later than **August 24, 2023** whether consent is given or declined. If Mr. Quach receives no response by that date, the case will remain with the assigned District Judge.

DATED this 18th day of August, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING WITHDRAWAL OF
MOTION FOR CONSENT JUDGMENT AND
SETTING BRIEFING SCHEDULE - 2